DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD L. RUBIN,**
Appellant,

v.

**GUARDIANSHIP OF LUCILLE RUBIN** and
**ROBERTA LEHRMAN,**
Appellees.

No. 4D2023-0728 and 4D2023-0868

[July 11, 2024]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case Nos. 502022GA000337XXXXSB and 502022MH001380XXXXSB.

Jake Taylor of Clyde Snow & Sessions, Salt Lake City, Utah, for appellant.

Peter A. Sachs and Melissa C. Steen of Jones Foster P.A., West Palm Beach, for appellee Guardianship of Lucille Rubin.

Elliot H. Scherker and Bethany J. M. Pandher of Greenberg Traurig, P.A., Miami, for appellee Roberta Lehrman.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***